# EXHIBIT B

49D04-2607-PL-042761
Marion Superior Court 4
Filed: 7/30/2026 7:15 PM
Clerk
Marion County, Indiana

STATE OF INDIANA ) IN THE MARION SUPERIOR COURT ___
) SS:
COUNTY OF MARION ) CAUSE NO. _________________

NATIONAL GYMNASTICS ASSOCIATION, )
)
Plaintiff, )
)
v. )
)
SCOREFLIPPERS, LLC, )
JUSTIN BICKLER, and )
KRISTIN BICKLER, )
)
Defendants. )

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, National Gymnastics Association ("NGA"), by counsel, for its Complaint against Defendants, ScoreFlippers, LLC ("ScoreFlippers"), Justin Bickler and Kristin Bickler, hereby alleges and states as follows.

## PARTIES, JURISDICTION AND VENUE

1. NGA is a non-profit organization with a mailing address of P.O. Box 29078, Indianapolis, Indiana 46229.

2. Upon information and belief, ScoreFlippers is a Minnesota limited liability company with a mailing address of P.O. Box 1012, Austin, Minnesota, 55912.

3. Upon information and belief, Justin Bickler is an individual residing in the State of Minnesota with a mailing address of P.O. Box 1012, Austin, Minnesota, 55912.

4. Upon information and belief, Kristin Bickler is an individual residing in the State of Minnesota with a mailing address of P.O. Box 1012, Austin, Minnesota, 55912.

5. This Court has subject matter jurisdiction over this action pursuant to Ind. Code Ann. § 34-14-1-1, as this is an action by a person interested under a written contract to obtain a declaration of rights under that contract, and pursuant to Ind. Code Ann. § 33-28-1-2, as Indiana circuit courts have original and concurrent jurisdiction in all civil cases.

6. The Court has personal jurisdiction over the parties, and venue is preferred in Marion County pursuant to Indiana Trial Rule 75(A)(10).

## FACTS COMMON TO ALL COUNTS

7. NGA is a non-profit organization founded to provide a positive and healthy competitive program for gymnasts, focusing on inclusion, wellness, and education, allowing athletes to achieve their personal goals and the lifelong benefit of sport in preparation for all aspects of life.

8. On or about September 26, 2024, NGA entered into a contract with ScoreFlippers whereby ScoreFlippers agreed to provide certain administrative and other services in connection with gymnastics meets and other events and programs sponsored by NGA, such as member and event registration, collection of meet registration fees, meet operation and other logistical and technical services. A true and correct copy of that contract (the "Contract") is attached hereto as Exhibit A.

9. Justin Bickler signed the Contract on behalf of ScoreFlippers as its "Owner". See Exhibit A.

10. The first NGA-sponsored meet for which ScoreFlippers provided services took place in October of 2024.

11. ScoreFlippers continued to provide services in connection with NGA-sponsored meets and events throughout 2025 and the first part of 2026.

12. Over time, NGA became dissatisfied with ScoreFlippers' performance, and breach, of its contractual duties and other conduct of ScoreFlippers and its representatives.

13. In the Spring of 2026, representatives of NGA began discussions with ScoreFlippers about NGA's desire to transition the work ScoreFlippers had been doing for NGA and wind down the parties' relationship.

14. Nevertheless, ScoreFlippers continued to press NGA for an agreement on pricing for the 2026-2027 season. The parties did not reach agreement, and ScoreFlippers acknowledged the termination.

15. On May 11, 2026, Kristin Bickler, without the knowledge or permission of NGA, emailed a large group of business associates and members of NGA stating that "the relationship between NGA and ScoreFlippers is at a critical point, and it's reaching a point where this partnership may not continue unless leadership hears directly from the community." A true and accurate copy of that email is attached hereto as Exhibit B. Bickler also criticized the "vibe" surrounding a recent meet and

asked the recipients of the email to reach out directly to NGA leadership to share their feedback about "what ScoreFlippers brings to the community." Id. Bickler also asked the recipients to not let NGA know that ScoreFlippers was going behind NGA's back, stating that "***I'm trying to be careful not to stir up drama or put anyone in an awkward position, so I'm asking you not to mention me, Justin*** [Bickler]***, or any 'inside conversations.'"*** Id. (Emphasis in original.)

16. One or more recipients of that email subsequently informed NGA that it had been sent and that it had made some coaches uncomfortable. Other NGA associates informed NGA that they were uncomfortable about how ScoreFlippers put down NGA in general.

17. On May 26, 2026, Kristin Bickler sent an email to NGA leadership stating that "we also recognize we may have overstepped at times by getting involved in areas where we were not asked to be involved", and that "[g]oing forward, we will step back and stay focused on ScoreFlippers unless NGA leadership specifically requests our involvement or input." A true and accurate copy of that email is attached hereto as Exhibit C.

18. Around this same time, NGA repeatedly asked ScoreFlippers to remit to NGA a large amount of registration fees that ScoreFlippers had collected on NGA's behalf, as NGA needed those funds (its money) to pay expenses for an important upcoming meet. ScoreFlippers delayed doing so.

19. On June 1, 2026, NGA President Linda Barclay sent an email to Justin and Kristin Bickler at ScoreFlippers formally notifying ScoreFlippers that NGA was

terminating their relationship. A true and accurate copy of that email is attached hereto as Exhibit D. The email also advised ScoreFlippers that "we are in the process of developing our own event registration and membership software to cover our needs for NGA. We need to control all of our data and funds moving forward. We would like to have this program up and working to start the new season so are in an urgent need for information", which included all information on clubs, coaches, athletes and judges, and billing information. Id. The email asked the "actual uploaded files if at all possible." Id.

20. On June 2, 2026, Justin Bickler sent an email to Linda Barclay responding to her June 1 email, and acknowledged that "[w]e have received your request for the data export" and that "we know how critical this information is to your operations" and that ScoreFlippers was working on a transition plan. A true and accurate copy of that email is attached hereto as Exhibit E. Bickler also acknowledged that NGA's "membership management will no longer run through [ScoreFlippers]". Id.

21. Despite its knowledge that NGA had an urgent need for its money and data, ScoreFlippers did not provide either. On June 15, Barclay sent an email to Justin Bickler stating that:

> You mentioned a formal transition plan you were working on so checking to see where you are in that process. We are in need of our data and additional money owed as soon as possible. Please provide the timeline for this happening. We would expect to receive all due in the next couple of days in order to have the new program ready by July 1st and would expect your cooperation in making this happen.

A true and accurate copy of that email is attached hereto as Exhibit F.

22. On June 17, Justin Bickler sent an email to Barclay advising NGA that it would have to pay to receive its own data back and suggesting that ScoreFlippers would not provide the data unless and until NGA agreed to certain conditions regarding the payment of money to ScoreFlippers for services for "Season 3", despite the fact that ScoreFlippers knew it would not be providing services for that season, and the "public narrative" regarding the relationship between NGA and ScoreFlippers and the perception that ScoreFlippers was "holding hostage" NGA's data. A true and accurate copy of that email is attached hereto as Exhibit G.

23. ScoreFlippers did not provide NGA its money or data by July 1. Rather, on July 3, 2026, Teagan Frame at ScoreFlippers sent a lengthy email to Barclay with a subject line of "NOTICE OF UNPAID INVOICES, CONTRACT STATUS, AND INTELLECTUAL PROPERTY INFRINGEMENT". A true and accurate copy of that email is attached hereto as Exhibit H. In the email, Frame stated that "[a]s the event registration broker, ScoreFlippers is holding the remaining balance in a secure trust account pending a comprehensive resolution of NGA's outstanding contractual breaches." Id. The email also advised NGA that it would not be paid its money or get its data unless it entered into a "mutual separation agreement" that must include a "strict, mutual non-disparagement clause". Id.

24. On July 7, 2026, Barclay sent a letter to Justin and Kristin Bickler in response to the July 3 email that addressed elements of ScoreFlippers' uncured

material breaches of contract and other misconduct, and advised that NGA might forego the pursuit of its legal claims against ScoreFlippers on the following conditions:

> 1. You must transfer all improperly sequestered customer registration funds in your possession to our bank account immediately;
>
> 2. You should provide us with a clear, detailed accounting, separate from any improper claims for legal damages and/or penalties, of all unpaid services and we will pay all uncontested amounts;
>
> 3. You should transfer all customer information available without any additional cost, including all columns of member information, in an excel or csv format by July 15th to avoid becoming liable for additional damages associated with the delay;
>
> 4. You should provide a detailed accounting of all costs associated with the data transfer and we will provide timely payment of all uncontested amounts.
>
> 5. You should immediately stop taking NGA registrations of any kind and remove anything NGA related from your website. NGA will not pay any fees associated with these registrations.

A true and accurate copy of that letter is attached hereto as Exhibit I. Barclay emailed a copy of that letter to Kristin and Justin Bickler and Teagan Frame on July 9, 2026.

25. As of July 27, 2026, NGA has not received a response to that letter.

26. Upon information and belief, as the owners of ScoreFlippers, Justin and Kristin Bickler exercise complete control over ScoreFlippers and use the separate corporate entity to promote fraud, injustice, or unfair results. Accordingly, the Court should disregard the corporate shell of ScoreFlippers and hold the Bicklers personally liable for the injuries suffered by NGA.

27. All conditions precedent to the bringing of this action have occurred or been excused or waived.

**COUNT I – CLAIM FOR DECLARATORY JUDGMENT**

28. NGA hereby adopts and incorporates the allegations set forth in Paragraphs 1-27 above.

29. NGA and ScoreFlippers are parties to the Contract.

30. An actual controversy exists between NGA and ScoreFlippers regarding the Contract.

31. The controversy concerns the termination and enforceability of the Contract.

32. NGA maintains that the uncured material breaches of the Contract by ScoreFlippers, including its refusal to remit over $170,000 of NGA's registration fees to NGA or provide NGA's data to NGA, terminated the Contract and excused NGA from any remaining contractual obligations to ScoreFlippers.

33. A declaratory judgment is an appropriate remedy to resolve the controversy between the parties.

34. NGA seeks a declaration from this Court that the Contract is terminated and is no longer enforceable against NGA.

WHEREFORE, NGA respectfully requests, pursuant to Ind. Code § 34-14-1-2, that this Court:

A. Enter a declaratory judgment pursuant to Ind. Code Ann. § 34-14-1-2 and Ind. Code Ann. § 34-14-1-1 that the Contract between NGA and ScoreFlippers was terminated as a result the material breaches of that Contract by ScoreFlippers, and that the Contract is no longer enforceable against NGA.

B. Award NGA its reasonable attorney's fees and costs incurred in prosecuting this action.

C. Award NGA the costs of this litigation.

D. Grant such other relief as the Court deems just and proper.

**COUNT II – BREACH OF CONTRACT**

35. NGA hereby adopts and incorporates the allegations set forth in Paragraphs 1-34 above.

36. NGA and ScoreFlippers entered into the Contract.

37. ScoreFlippers breached the Contract by, among other things, refusing to pay NGA its event registration fees and to provide NGA's data to NGA, despite have no contractual or other right to do so.

38. These breaches have caused NGA to suffer monetary and other damages for which Defendants are liable.

WHEREFORE, NGA respectfully requests judgment against the Defendants in an amount to be proven at trial, interest and costs and attorney fees, and for all other just and proper relief.

## COUNT III – CONVERSION

39. NGA hereby adopts and incorporates the allegations set forth in Paragraphs 1-38 above.

40. Pursuant to the Contract, ScoreFlippers collected event registration fees on behalf NGA and was obligated to timely remit those fees to NGA.

41. The fees are and were always the property of NGA's, not ScoreFlippers.

42. ScoreFlippers has acknowledged that it was not the owner of those fees but was holding them "in trust". See Exhibit H.

43. ScoreFlippers has knowingly and intentionally exerted unauthorized control over NGA's property by refusing to remit NGA's registration fees to NGA.

44. ScoreFlippers' actions constitute criminal conversion under Indiana Code 35-43-4-3.

45. NGA has suffered a pecuniary loss as a result of ScoreFlippers' conversion, and is entitled to remedies set forth in Indiana Code 34-24-3-1.

WHEREFORE, NGA respectfully requests, pursuant to Ind. Code § 34-24-3-1, that this Court:

A. Award NGA three times the amount of its actual damages suffered by NGA as a result of Defendants' conversion;

B. Award NGA its reasonable attorney's fees and costs incurred in prosecuting this action.

C. Award NGA its costs of collection.

D. Grant such other relief as the Court deems just and proper.

**COUNT IV – FRAUD**

46. NGA hereby adopts and incorporates the allegations set forth in Paragraphs 1-45 above.

47. In the June 2, June 16 and July 3, 2026 emails discussed above, ScoreFlippers falsely represented to NGA that it was in the process of collecting NGA's data and would timely provide it to NGA, along with the event registration fees it had collected on behalf of NGA but failed to remit to NGA.

48. In fact, ScoreFlippers never had any intention of providing either to NGA.

49. ScoreFlippers representations were of a material existing fact.

50. ScoreFlippers representations were objectively false when made.

51. ScoreFlippers knew the representations were false when it made them.

52. ScoreFlippers made the misrepresentations to NGA with the intent to induce NGA to delay or forego the pursuit of its legal claims against ScoreFlippers.

53. NGA rightfully and reasonably relied on those representations to its detriment.

54. NGA has suffered financial and other losses as a result of its reliance on Defendants' misrepresentations.

WHEREFORE, NGA respectfully requests judgment against the Defendants in an amount to be proven at trial, interest and costs and attorney fees, and for all other just and proper relief.

Plaintiff demands a trial by jury on all issues so triable.

Dated this 30th day of July 2026

Respectfully submitted,

/s/ *Paul L. Jefferson*

Paul L. Jefferson, #23939-49
Phillip J. Fowler, #20126-02
SLS Group, LLC | Partner
550 Congressional Blvd, Suite 350
Carmel, IN 46032
Office: 765-222-5052
Direct: 317-945-2009
Email: pjefferson@slsgroup.law

Exhibit A

# Services Pricing Agreement
# 07/01/2024: ScoreFlippers INSIGHT Software Services

Between:
**National Gymnastics Association** (NGA)
PO Box 29078
Indianapolis, IN 46229
- And -
**ScoreFlippers, LLC**
**PO Box 1012 | Austin MN 55912**

Contract Duration:
Annual Subscription - Commencing September, 2024
1) Season 1: 07/01/2024 - 06/30/2025
2) Season 2: 07/01/2025 - 06/30/2026
3) Season 3: 07/01/2026 - 06/30/2027

Cancellation & Changes:
- Cancellation must be in writing 90-days prior to Season Start date.
- Price changes different from this agreement must be in writing and agreed to by both parties prior to annual renewal.

Included Services: See Appendix A

Fee Structure: See Appendix B

Time, Material & Expenses: See Appendix C

Other Items: See Appendix D

| **Client: NGA** | **ScoreFlippers, LLC** |
| --- | --- |
| Linda Barclay | Justin Bickler |
| *Signature* | *Signature* |
| Linda Barclay, President | Justin Bickler / Owner |
| *Printed Name / Title* | *Printed Name / Title* |
| 9/26/2024 | 9/20/2024 |
| *Date* | *Date* |

scoreFlippers
GYMNASTICS MADE SIMPLE

# APPENDIX A: Included Services

**INSIGHT Module Explanation:**

**Operational Management Module:**

- Manage Annual Club Registration
- Provide mechanism for League Petition
- Provide mechanism for League communications (Email)
- Facilitate Financial collection of League Fees
- Provide Board Level Operational & Financial reports

**Club / Team / Coach / Judge / Athlete Registration with $ Module:**

- Manage Athlete Registration Process & Athlete ID Assignment
- Manage Club Managers and Security Access
- Manage Team Activation and Team Athlete allocation
- Manage Athlete Activation
- Manage Security and Users Access
- Provide Coaches Registration & Certificate Verification

**Organization-wide Meet Hosting, Scoring & Stats Module:**

- Gymnastics Event Management: Event Information / Session Management / Team Management
- Team & Event Summary pages provided to public viewing
- Tie-break Rules and Results provided per League rules
- Real-time Scoring Statistics calculated to the Meet / League / Club / Team / Athlete profiles

**Athlete/Stats Module:**

- Provide central location for League Notices
- Provide central location for Team & Athlete qualifications
- Athlete performance Tracking w/live updates to Athlete Profiles
- Athlete Qualified Score tracking
- Real-time League Rankings
- Athlete / Club / Team performance statistics

**EVENT GENIE Module Explanation:**

**Event/Meet Registration Platform:**

- Post Meet Events for Registration
- Provide mechanism for Athlete Registration (Secured to Licensed) League Athletes'
- Provide mechanism for Coach Registration (Secured to Licensed) League Coaches
- Provide Reports for Scoring Exports to other Scoring Platforms
- Provide Financial Mechanism to collect and handle registration fees

*** All Registrations, Costs and Financials will be handled directly between the meet host and ScoreFlippers



*Initials: Customer____ ScoreFlippers _JB_*

# APPENDIX B: Fee Structure

**ScoreFlippers Software Usage:**

**Pricing for Season #1:** ***($10 per athlete per season)***

- ~~$5,000~~ League Commencement Fee (Waived Year 1)
- INSIGHT: $0 per Registered Club
- INSIGHT: $0 per Registered Coach
- INSIGHT: $0 per Registered Judge
- INSIGHT: $30,000 Minimum - Includes first 3,000 Athletes
- INSIGHT: $10 per Registered Athlete over 3,000 Athletes
- Includes Operational Management Module
- Includes Club / Team / Coach / Judge / Athlete Registration Module
- Includes League-wide Meet Hosting, Scoring & Stats Module
- Includes League / Club / Athlete Profile Stats
- Includes Event Genie Software Access

**Pricing for Season #2:** ***($12 per athlete per season)***

- $5,000 Annual Season Commencement Fee
- INSIGHT: $0 per Registered Club
- INSIGHT: $0 per Registered Coach
- INSIGHT: $0 per Registered Judge
- INSIGHT: $36,000 Minimum - Includes first 3,000 Athletes
- INSIGHT: $12 per Registered Athlete over 3,000 Athletes
- Includes Operational Management Module
- Includes Club / Team / Coach / Judge / Athlete Registration Module
- Includes Organization-wide Meet Hosting, Scoring & Stats Module
- Includes League / Club / Athlete Profile Stats
- Includes Event Genie Software Access

**Pricing for Season #3:** ***(TBD in written addendum prior to 2026-2027 Season)***

- $5,000 Annual Season Commencement Fee
- INSIGHT: $0 per Registered Club
- INSIGHT: $0 per Registered Coach
- INSIGHT: $0 per Registered Judge
- INSIGHT: $TBD Minimum - Includes first TBD Athletes
- INSIGHT: $TBD per Registered Athlete over 5,000 Athletes
- Includes Operational Management Module
- Include Club / Team / Coach / Judge / Athlete Registration Module
- Includes Organization-wide Meet Hosting, Scoring & Stats Module
- Includes League / Club / Athlete Profile Stats
- Includes Event Genie Software Access

*** Any Minimum Athlete Balance not fulfilled will be invoiced at Season End



*Initials: Customer____ ScoreFlippers _**JB**_*

# APPENDIX C: Time, Materials & Expenses Fees

- Additional work / custom programming required (Outside of Module agreed) will be at an hourly rate of $125, plus Materials and/or licensing costs and presented for approval once scope of work is defined.
- Out-of-scope Expenses or Travel/Event Requests approved by both parties in writing will be reimbursed as incurred.

*Note: All Fees will be charged (Monthly) at the time of the Activation & Registration. All fees are non-refundable.*

# APPENDIX D: Other Items

- Monthly Invoices will use standard accounting procedures and be payable Net 15.
- Quantities will be based on managed memberships during the billable period.
- Any Approved Time, Material, Expenses will be progress billed.

# Re: A quick favor for the NGA community

Exhibit B

From: Carrie Kiley (topgunacademy@gmail.com)

To: Kristin.Bickler@scoreflippers.com

Cc: wlgagymnastics@gmail.com; thegymnasticsco@cs.com; krystal@northfieldgymnastics.com; abby.pegymnastics@gmail.com; performanceelitegymnastics@gmail.com; sarahgrace@kenwoodgym.com; owatonnagymnastics@gmail.com; corijohn2@gmail.com; karilouthan@gmail.com; scevarts@gmail.com; chapinchristiangym@gmail.com; coachbambi@gmail.com; judgejudisays@gmail.com; equiholic@gmail.com; vforceelitegym@gmail.com; robertneat@aol.com

Date: Monday, May 11, 2026 at 04:52 PM EDT

Hi! Once I get settled in this week I will absolutely send feed back

Email from Scoreflippers - Kristin to our members asking them to support Scoreflippers so we would continue to use them.

Carrie Kiley
Head of Operations Manager
Top Gun Gymnastics Academy
Plymouth State University Cheerleading Coach
PRHS/Inter-Lakes Gymnastics Coach

On Mon, May 11, 2026 at 3:11 PM Kristin Bickler <Kristin.Bickler@scoreflippers.com> wrote:

I want to apologize if me or Justin came off wrong wrong or as being negative about NGA. My intention with my conversations and email were to try to promote our relationship with NgA because we believe in the community. I was trying to ruffle feathers.
If you misunderstood this email as a negative that is 100% my fault.

Kristin

Connect with me

ScoreFlippers

KRISTIN BICKLER
Boss Lady
ScoreFlippers

3606001394

My Digital Business Card

ScoreFlippers | Facebook | Instagram

On Mon, May 11, 2026 at 12:27 PM Kristin Bickler <Kristin.Bickler@scoreflippers.com> wrote:

Hi NGA Friends -
I'm reaching out personally to some friends I've made in NGA because I really value the relationships we've built

in the community over the years—and I trust your perspective.
Justin and I have been trying to share some constructive feedback and ideas with NGA leadership based on what we're seeing at meets and what we're hearing from coaches and families. The hard part is: when it comes directly from us, it isn't landing well, and it's getting framed as "ScoreFlippers trying to push something" instead of "community members trying to improve the experience."
I want to be super clear: this is not about taking over anything. We genuinely care about NGA and the kids. We love being part of this community, and we want the feel to be athlete-first—fun, engaging, and memorable.
This weekend at Midwest Regionals, a lot of people shared frustration with me privately—especially around meet atmosphere and follow-through on promised improvements. It felt like the energy and "for the kids" vibe just wasn't there the way it was at NGA CA State (which was such a great experience).
I also need to be very transparent about urgency: the relationship between NGA and ScoreFlippers is at a critical point, and it's reaching a point where this partnership may not continue unless leadership hears directly from the community. We don't want that outcome. We want to keep serving NGA and keep building in a way that supports the organization long-term—but right now, the most effective path forward is leadership hearing from trusted community voices.

Here's the favor: if you're willing, could you share your honest feedback directly with NGA leadership?

If you like what ScoreFlippers brings to the community, it would mean a lot if you'd say that.

If you don't, that's okay too—please share that feedback as well.

And beyond ScoreFlippers, any thoughts you have about meet experience, communication, follow-through, athlete/family experience, or what would make NGA stronger—those are the things that matter.

***I'm trying to be careful not to stir up drama or put anyone in an awkward position, so I'm asking you not to mention me, Justin, or any "inside conversations." Just share what you believe and what you've experienced.***

Thank you for being part of what makes this community special.
With appreciation,
Kristin

--

Connect with me

KRISTIN BICKLER
Boss Lady
ScoreFlippers

3606001394

My Digital Business Card

ScoreFlippers | Facebook | Instagram

Fwd: Alignment & Next Steps

Exhibit C

From: Kristin Bickler (kristin.bickler@scoreflippers.com)

To: robertneat@aol.com; lbarclay@nationalgym.org; kayep@nationalgym.org; noelefig@higoapparel.com; justin@scoreflippers.com

Cc: teagan@scoreflippers.com

Date: Tuesday, May 26, 2026 at 01:08 PM EDT

Here is the email again from this morning...

---------- Forwarded message ---------
From: **Kristin Bickler** <Kristin.Bickler@scoreflippers.com>
Date: Tue, May 26, 2026 at 9:26 AM
Subject: Alignment & Next Steps
To: Robert Neat <robertneat@aol.com>, Linda Barclay <lbarclay@nationalgym.org>
Cc: Justin Bickler <justin@scoreflippers.com>, Teagan Frame <teagan@scoreflippers.com>

Dear Bob and Linda,
I'm writing on behalf of ScoreFlippers to ensure our partnership with NGA remains constructive, respectful, and centered on what matters most: athletes and the member clubs that serve them.

Over the past few days, Justin and I have taken a step back to reflect on the last two years working with NGA, as well as the communication over the past couple of months. We've had some long, hard conversations with each other, and we believe we better understand where we went wrong and how our approach may have contributed to frustration or misalignment.
With that in mind, I want to begin with an apology. When Bob called me after Midwest Regionals, I reacted defensively. I felt like my character was being questioned, and I did not handle that conversation in a business-professional way. For that, I'm truly sorry. More broadly, we also recognize we may have overstepped at times by getting involved in areas where we were not asked to be involved. We are passionate, eager business people, and we can see how our desire to help could be perceived the wrong way. Going forward, we will step back and stay focused on ScoreFlippers unless NGA leadership specifically requests our involvement or input.

Over the past two years, ScoreFlippers has worked diligently to support NGA and its community. Because we speak daily with coaches, gym owners, and event organizers across the country, we naturally hear a wide range of feedback—questions, concerns, ideas, and suggestions for improvement. ScoreFlippers began in 2009 and was built on a model of listening to the community and improving based on what we hear. We welcome feedback—both positive and negative—because we believe that's how strong organizations grow.

Recently, Bob has stated that ScoreFlippers has "defamed" NGA and that our conversations have made some coaches uncomfortable. We want to be clear: ScoreFlippers has not intended to defame NGA, nor have we communicated that we do not trust NGA. If any coach or member felt uncomfortable as a result of an interaction with our team, we take that seriously. We would appreciate the opportunity to understand the specific concern(s) so we can address them directly and repair the

relationship.

Teagan also spoke with Bob, and I want to confirm that she is authorized to discuss these topics and is assigned as the NGA representative. You can speak openly with her.

With the upcoming season approaching—our third season under contract—we want to ensure we are aligned on expectations, communication boundaries, and how we can best support NGA moving forward. If helpful, we would welcome a brief meeting to clarify next steps and ensure this partnership continues in a healthy and productive way. As part of that discussion, we would also appreciate the opportunity to review whether ScoreFlippers can be involved as a vendor at Nationals.

Thank you for your time and consideration. We're excited to be at Nationals with our home gym, Owatonna Gymnastics Club—where Justin and I are not only parents, but also board members and coaches. We're part of the NGA community in a very real, day-to-day way, and we care deeply about the athletes and clubs living this experience. We're also looking forward to supporting our daughter at the National Meet.

Sincerely,
Kristin & Justin Bickler
ScoreFlippers

--

Connect with me

ScoreFlippers

KRISTIN BICKLER
Boss Lady
ScoreFlippers

3606001394

My Digital Business Card

ScoreFlippers | Facebook | Instagram

# Fwd: Alignment & Next Steps

From: Kristin Bickler (kristin.bickler@scoreflippers.com)

To: robertneat@aol.com; lbarclay@nationalgym.org; kayep@nationalgym.org; noelefig@higoapparel.com; justin@scoreflippers.com

Cc: teagan@scoreflippers.com

Date: Tuesday, May 26, 2026 at 01:08 PM EDT

Here is the email again from this morning...

---------- Forwarded message ---------
From: **Kristin Bickler** <Kristin.Bickler@scoreflippers.com>
Date: Tue, May 26, 2026 at 9:26 AM
Subject: Alignment & Next Steps
To: Robert Neat <robertneat@aol.com>, Linda Barclay <lbarclay@nationalgym.org>
Cc: Justin Bickler <justin@scoreflippers.com>, Teagan Frame <teagan@scoreflippers.com>

Dear Bob and Linda,
I'm writing on behalf of ScoreFlippers to ensure our partnership with NGA remains constructive, respectful, and centered on what matters most: athletes and the member clubs that serve them.

Over the past few days, Justin and I have taken a step back to reflect on the last two years working with NGA, as well as the communication over the past couple of months. We've had some long, hard conversations with each other, and we believe we better understand where we went wrong and how our approach may have contributed to frustration or misalignment.
With that in mind, I want to begin with an apology. When Bob called me after Midwest Regionals, I reacted defensively. I felt like my character was being questioned, and I did not handle that conversation in a business-professional way. For that, I'm truly sorry. More broadly, we also recognize we may have overstepped at times by getting involved in areas where we were not asked to be involved. We are passionate, eager business people, and we can see how our desire to help could be perceived the wrong way. Going forward, we will step back and stay focused on ScoreFlippers unless NGA leadership specifically requests our involvement or input.

Over the past two years, ScoreFlippers has worked diligently to support NGA and its community. Because we speak daily with coaches, gym owners, and event organizers across the country, we naturally hear a wide range of feedback—questions, concerns, ideas, and suggestions for improvement. ScoreFlippers began in 2009 and was built on a model of listening to the community and improving based on what we hear. We welcome feedback—both positive and negative—because we believe that's how strong organizations grow.

Recently, Bob has stated that ScoreFlippers has "defamed" NGA and that our conversations have made some coaches uncomfortable. We want to be clear: ScoreFlippers has not intended to defame NGA, nor have we communicated that we do not trust NGA. If any coach or member felt uncomfortable as a result of an interaction with our team, we take that seriously. We would appreciate the opportunity to understand the specific concern(s) so we can address them directly and repair the

relationship.

Teagan also spoke with Bob, and I want to confirm that she is authorized to discuss these topics and is assigned as the NGA representative. You can speak openly with her.

With the upcoming season approaching—our third season under contract—we want to ensure we are aligned on expectations, communication boundaries, and how we can best support NGA moving forward. If helpful, we would welcome a brief meeting to clarify next steps and ensure this partnership continues in a healthy and productive way. As part of that discussion, we would also appreciate the opportunity to review whether ScoreFlippers can be involved as a vendor at Nationals.

Thank you for your time and consideration. We're excited to be at Nationals with our home gym, Owatonna Gymnastics Club—where Justin and I are not only parents, but also board members and coaches. We're part of the NGA community in a very real, day-to-day way, and we care deeply about the athletes and clubs living this experience. We're also looking forward to supporting our daughter at the National Meet.

Sincerely,
Kristin & Justin Bickler
ScoreFlippers

--

Connect with me

KRISTIN BICKLER
Boss Lady
ScoreFlippers

3606001394

My Digital Business Card

ScoreFlippers | Facebook | Instagram

# Re: NGA Membership Program

From: Justin Bickler (justin@scoreflippers.com)

To: lbarclay@nationalgym.org

Cc: kristin.bickler@scoreflippers.com; robertneat@aol.com

Date: Tuesday, June 2, 2026 at 06:46 PM EDT

Hi Linda,

This is an exciting time for NGA as you continue to grow and evolve the organization! We have been incredibly blessed to be part of the NGA journey and to help move your membership forward over the last few years.

We have received your request for the data export. Because we know how critical this information is to your operations, our team is currently reviewing the scope of work involved to ensure a clean and secure transfer.

Even though your membership management will no longer run through us, we want to ensure NGA members continue to thrive using all the other great services ScoreFlippers provides. To support that continuity, we would love to include an option in our closeout agreement for a future API integration. This will allow 3rd party integration to connect directly with ScoreFlippers to seamlessly validate members for the services they keep with us.

We are putting together a formal transition plan that outlines the data transfer scope, the API validation options, and the remaining contractual details to close out this phase of our partnership smoothly. I will have that over to you shortly so we can align on the next steps.

Please know we are here to assist in making this transition as seamless as possible for you and your team!

Best regards,

Justin

***Justin Bickler***
ScoreFlippers | Head Geek
ScoreFlippers | Facebook | Instagram

Exhibit D

On Mon, Jun 1, 2026 at 12:37 PM Linda Barclay <lbarclay@nationalgym.org> wrote:

Hi Justin and Kristin,

After much consideration and advice from our attorney and accountant we are in the process of developing our own event registration and membership software to cover our needs for NGA. We need to control all of our data and money from here on out. We would like to have this program up and working to start the new season so are in an urgent need for information to include the following . . .

All information on Clubs / Coaches / Athletes / Judges

1. All fields for each including active and inactive
2. On each row . . . A join key for clubs and coaches / clubs and athletes
3. A billing extract of:
   a. Who paid what

b. And when

4. Would be great to be able to get the actual uploaded files if at all possible

If there is a way to get this information ourselves, please provide directions on how to do this. If it would be easier to talk to our software engineer, let me know and I can get you together with him.

We do greatly appreciate all you have both done for NGA with timely updates and attention to any suggestions or requests made from any of our staff or members. You definitely filled a big void we had with NGA and have our members more comfortable with the entire membership process. You will definitely be hard to replace and hope you understand our need to move on to our own program.

Thank you for your continued support of NGA and we wish you all the best and continued success with ScoreFlippers!

Take care,

Linda

Linda Barclay, President
National Gymnastics Association
PO Box 29078
Indianapolis, IN 46229
317-654-0845
lbarclay@nationalgym.org

# Re: NGA Membership Program

Exhibit E

From: Justin Bickler (justin@scoreflippers.com)

To: lbarclay@nationalgym.org

Cc: kristin.bickler@scoreflippers.com; robertneat@aol.com

Date: Tuesday, June 2, 2026 at 06:46 PM EDT

Hi Linda,

This is an exciting time for NGA as you continue to grow and evolve the organization! We have been incredibly blessed to be part of the NGA journey and to help move your membership forward over the last few years.

We have received your request for the data export. Because we know how critical this information is to your operations, our team is currently reviewing the scope of work involved to ensure a clean and secure transfer.

Even though your membership management will no longer run through us, we want to ensure NGA members continue to thrive using all the other great services ScoreFlippers provides. To support that continuity, we would love to include an option in our closeout agreement for a future API integration. This will allow 3rd party integration to connect directly with ScoreFlippers to seamlessly validate members for the services they keep with us.

We are putting together a formal transition plan that outlines the data transfer scope, the API validation options, and the remaining contractual details to close out this phase of our partnership smoothly. I will have that over to you shortly so we can align on the next steps.

Please know we are here to assist in making this transition as seamless as possible for you and your team!

Best regards,

Justin

***Justin Bickler***
ScoreFlippers | Head Geek
ScoreFlippers | Facebook | Instagram

On Mon, Jun 1, 2026 at 12:37 PM Linda Barclay <lbarclay@nationalgym.org> wrote:

Hi Justin and Kristin,

After much consideration and advice from our attorney and accountant we are in the process of developing our own event registration and membership software to cover our needs for NGA. We need to control all of our data and money from here on out. We would like to have this program up and working to start the new season so are in an urgent need for information to include the following . . .

All information on Clubs / Coaches / Athletes / Judges

1. All fields for each including active and inactive
2. On each row . . . A join key for clubs and coaches / clubs and athletes
3. A billing extract of:
    a. Who paid what

**To:** Linda Barclay <lbarclay@nationalgym.org>
**Subject:** Re: NGA Membership Program

Hi Linda,

We are currently still traveling from Nationals. We will be in our office on Monday 6/22.

ScoreFlippers LEAGUE Module: My team reviewed the membership data request and recognized that preparing this information will require significant hours. This will require pre-paid out-of-scope hourly services.

ScoreFlippers EVENTS Module:
We are aware that the remaining balance for the NGA Nationals Event is due soon. We are working through the steps to securely transfer the balance to NGA.

We will be in touch soon.

Thanks,

***Justin Bickler***
ScoreFlippers | Head Geek
ScoreFlippers | Facebook | Instagram

Exhibit F

On Mon, Jun 15, 2026 at 3:50 PM Linda Barclay <lbarclay@nationalgym.org> wrote:

Hi Justin,

Hope your Nationals booth was a success for you and ScoreFlippers. All follow up messages and feelings note this Championships as the best one yet so hope that goes for all of our vendors as well.

You mentioned a formal transition plan you were working on so checking to see where you are in that process. We are in need of our data and additional money owed as soon as possible. Please provide the timeline for this happening. We would expect to receive all due in the next couple of days in order to have the new program ready by July 1st and would expect your cooperation in making this happen.

Wishing you and Kristen all the best and hopefully for a peaceful transition in the process.

Thanks!
Linda

Get Outlook for iOS

Outlook

Fw: NGA Membership Program

From Linda Barclay <lbarclay@nationalgym.org>
Date Wed 7/8/2026 11:58 AM
To Jason Barclay <jrb9w@hotmail.com>

Exhibit G

Here is another email I just found that may change some of your suggested language. Let me know what you think.

Linda

**From:** Justin Bickler <justin@scoreflippers.com>
**Sent:** Wednesday, June 17, 2026 6:51 AM
**To:** Linda Barclay <lbarclay@nationalgym.org>
**Cc:** Kristin Bickler <kristin@scoreflippers.com>
**Subject:** Re: NGA Membership Program

Good morning Linda,
Before we begin traveling today, I wanted to send a quick note to reassure you that we understand the urgency of your timeline and want to make this transition as smooth and collaborative as possible. Please excuse the informal format of this email; I wanted to reach out directly to walk you through the technical and financial steps required to move this in a positive direction.
**1. Data Transition Scope & Timeline** We completely hear you regarding the tight turnaround for the July 1st deadline. Extracting, formatting, and packaging a database of this size is a complex process. To give you some context on why this takes time, when we first onboarded NGA two years ago, it took our team over eight weeks of dedicated data cleaning to map and format the historical records into a usable state—a cost ScoreFlippers absorbed as part of our partnership investment.
To deliver the data in the unencrypted, raw format your team needs for the new platform, our development team has to write a custom extraction script. We are absolutely not holding your data back; we simply need to build the technical bridge to export it securely.
Overnight, my data team estimated that this custom engineering work will require roughly two weeks of development time, which represents an out-of-scope cost of between $10,000 and $15,000. To help streamline this process and see if we can reduce that timeframe, could you **have your new development team provide a precise technical data layout (including required column names and structural references)?** Please have them send this over as soon as possible so we can align our teams.

**2. Contractual Reconciliation (Year 3)** As we transition the data, we also need to collaboratively address the remaining term of our agreement. Our initial financial model and pricing structure were built around a three-year commitment to amortize our upfront onboarding and infrastructure investments.
ScoreFlippers has already committed to several fixed operational costs for the upcoming 2026-2027 season (including server allocations, commencement fees, and seasonal licensing). Because NGA is choosing to wind down the partnership ahead of Year 3, we need to reach a mutual agreement on

how to resolve the contractually mandated Year 3 minimums. Please let us know your thoughts on how we can fairly resolve this piece so we can close out the contract cleanly.

**3. Aligning the Public Narrative and System Security** For this transition to be successful, it is vital that both of our organizations maintain a supportive, professional narrative. We have been deeply disappointed to hear reports that ScoreFlippers is being characterized as unsupportive of NGA or "holding data hostage." This is not the case; we are simply working through the standard technical boundaries of data migration.
Additionally, our system logs have flagged several automated scraping attempts from NGA user accounts, which bypasses security protocols. We ask that your team immediately halt any external scraping activities so we can maintain platform stability and focus entirely on a secure, manual data export.

ScoreFlippers has believed in NGA's mission from the very beginning—serving as a partner, sponsor, and vendor to support your athletes and coaches. While we understand that a system transition is part of NGA's evolution, we want to continue our professional relationship with the same mutual respect we started with.

Please let me know your thoughts on the data layout and the contract reconciliation so we can finalize a plan that protects both of our organizations' interests.

Thanks,

***Justin Bickler***
ScoreFlippers | Head Geek
ScoreFlippers | Facebook | Instagram

On Tue, Jun 16, 2026 at 5:53 PM Linda Barclay <lbarclay@nationalgym.org> wrote:

Hi Justin,

Thanks for the update. Although it is very discouraging to hear we may have to pay to get our data we do need it to make the transition complete. How much and how long do you think it will take and what are the possibilities of you sending all of the data in any format that would be usable at no cost.

Linda

---

**From:** Linda Barclay <lbarclay@nationalgym.org>
**Sent:** Tuesday, June 16, 2026 10:50 AM
**To:** Kaye Pinkowski <kayep@nationalgym.org>
**Subject:** Fw: NGA Membership Program

Get Outlook for iOS

---

**From:** Justin Bickler <justin@scoreflippers.com>
**Sent:** Tuesday, 16 June 2026 11:40:21

Seeks Response by 7/10

Outlook

# Exhibit H

## Fw: NOTICE OF UNPAID INVOICES, CONTRACT STATUS, AND INTELLECTUAL PROPERTY INFRINGEMENT

**From** Linda Barclay <lbarclay@nationalgym.org>
**Date** Fri 7/3/2026 9:34 PM
**To** Kaye Pinkowski <kayep@nationalgym.org>

4 attachments (1 MB)
NGA Invoice 17195.pdf; NGA Invoice 17197.pdf; NGA Invoice 17196.pdf; ScoreFlippers & NGA Correspondence.2026.pdf;

Get Outlook for iOS

**From:** Teagan Frame <teagan@scoreflippers.com>
**Sent:** Friday, 03 July 2026 17:56:58
**To:** Linda Barclay <lbarclay@nationalgym.org>
**Cc:** Justin Bickler <justin@scoreflippers.com>; Kristin Bickler <kristin@scoreflippers.com>
**Subject:** NOTICE OF UNPAID INVOICES, CONTRACT STATUS, AND INTELLECTUAL PROPERTY INFRINGEMENT

Dear Ms. Barclay,

We are writing to address your recent correspondence and to explicitly clarify the contractual, financial, and legal positions of ScoreFlippers with respect to the National Gymnastics Association (NGA).

### 1. Platform Registrations and Account Status

Per the terms of the fully executed 3-Year Service Agreement (the "Agreement"), ScoreFlippers is contractually obligated to maintain active membership registration services as of July 1, 2026.

To date, ScoreFlippers has not received a formal written cancellation notice of contracted Membership Registration services from NGA, which requires a strict **90-day prior written notice** to terminate or alter services. In the absence of such notice, the Agreement remains in full force and effect, and ScoreFlippers continues to uphold its operational duties.

Please be advised of the following regarding current platform activity:

- All registrations processed through the platform are receipted directly to NGA.
- Funds are routed directly into NGA's account via NGA's merchant services.
- Consequently, all ongoing customer service, registration management, and refund processing remain the sole operational and financial responsibility of NGA.

If NGA wishes to deactivate these membership registration tools, it must submit a formal, contract-compliant written cancellation request.

## 2. Outstanding Balances Owed to ScoreFlippers

NGA is currently delinquent on multiple contractually mandated payments. The following invoices are past due and owed immediately under the terms of the Agreement:

- **Invoice #17195 (2025–2026 Season):** $5456.00 Outstanding balance for services rendered during Year 2.
- **Invoice #17196 & #17197 (2026–2027 Season):** Year 3 contractually mandated setup fees ($5,000.00 commencement fee) and minimum usage fees ($36,000.00), triggered due to NGA's failure to provide a valid 90-day cancellation notice.

These invoices total **$46,456.00** and are due immediately.

To expedite this matter, please advise in writing if NGA authorizes ScoreFlippers to deduct this outstanding balance directly from the Event Registration Funds currently held in trust. (See details in Item #3.) This represents the most efficient mechanism to reconcile the accounts.

## 3. Event Registration Funds (NGA Nationals - WAG)

ScoreFlippers has collected and processed a gross total of $299,938.80 in athlete registrations and merchant processor fees for the NGA Nationals (WAG) event. On May 15, 2026, a partial payout of $125,122.59 was successfully issued to NGA's Huntington Bank account ending in xx9477.

As the event registration broker, ScoreFlippers is holding the remaining balance in a secure trust account pending a comprehensive resolution of NGA's outstanding contractual breaches. Upon formal execution of a settlement and account reconciliation, the remaining balance—less contractually mandated Merchant/Host Fees and Genie Registration Fees—will be released to the Huntington Bank account on file. Transaction itemization remains available via the platform's event financial tools.

All other event registrations processed by ScoreFlippers for NGA-produced events were fully reconciled and paid in full prior to June 22, 2026. All previously hosted events have been completely settled and currently maintain a balance of $0.00.

## 4. Unaddressed Breaches and Intellectual Property Infringement

Our June 17, 2026 correspondence raised substantive contractual and security issues that NGA's June 22nd response failed to address. Please be advised of our position on the following matters:

- **A. Unfounded Accusations and Safe Sport Violations:** NGA personnel have repeatedly initiated hostile phone calls and text messages accusing ScoreFlippers staff of making defamatory statements regarding NGA events and leadership. These claims are entirely false and lack any factual basis. While NGA leadership has repeatedly threatened the existence of "evidence" to support these allegations, no such evidence has ever been produced. Furthermore, these targeted, unsubstantiated personal attacks and harassing communications constitute clear **bullying behaviors**. Such conduct stands in direct violation of the strict **Safe**

**Sport obligations and behavioral compliance standards** that govern all NGA members and leadership. ScoreFlippers demands an immediate cessation of these abusive communication tactics. If NGA possesses verifiable proof of misconduct, it must be submitted formally via email for legal review; otherwise, these bad-faith claims must cease immediately.

- **B. Public Defamation ("Data Hostage" Claims):** NGA leadership must immediately cease and desist all false public and semi-private statements to third parties regarding our business relationship, specifically the narrative that ScoreFlippers is "holding membership data hostage." ScoreFlippers is not holding data hostage; we are simply enforcing standard commercial and contractual remedies in direct response to NGA's material breach of contract. Continuing to spread this false narrative constitutes tortious interference with ScoreFlippers' business operations.
- **C. Intellectual Property Infringement:** ScoreFlippers has confirmed that a third-party platform (GotScoredHQ.com) currently deployed by NGA reproduces ScoreFlippers' proprietary platform content, user interface language, styling, and system structure verbatim. This follows documented instances of unauthorized screen-scraping by NGA user accounts. ScoreFlippers maintains active, enforceable copyright protections over its platform architecture. The verbatim duplication of our protected infrastructure constitutes actionable copyright infringement. ScoreFlippers has fully documented this digital evidence and is prepared to pursue all available federal and state legal remedies.
- **Communication Protocols:** Formal business communications regarding these matters will only be accepted via email. ScoreFlippers personnel will not accept or respond to text messages or voicemails. Please direct all future correspondence strictly to Teagan Frame, Kristin Bickler, and Justin Bickler.

## 5. Requirements for Resolution and Path Forward

ScoreFlippers remains willing to engage in a structured, professional account wind-down, provided NGA corrects its current posture. To resolve this dispute without escalation to formal litigation, ScoreFlippers requires the following actions:

1. **Immediate Payment in Full** of outstanding invoices (#17195, #17196, and #17197).
2. **Delivery of a Contract-Compliant Written Notice** to officially terminate membership renewals.
3. **Resolution of Unanswered Out-of-Scope Data Extraction Requests** (As presented June 17th).
4. **Execution of a Binding Mutual Separation Agreement.**

Regarding the data migration, NGA has failed to respond to the technical and financial requirements outlined by ScoreFlippers on June 17, 2026. For clarity, any extraction of bulk data in an unencrypted, raw format requires custom database engineering outside the scope of our contract. As previously communicated:

- **The Technical Reality:** Decrypting and securely packaging database records for over 9,200 users requires a custom extraction script. When ScoreFlippers originally inherited NGA's historical data, our team absorbed the cost of spending over eight weeks cleaning and formatting it. Reversing this process is a complex engineering task estimated at **80 hours of development time, valued between $10,000.00 and $15,000.00**.

- **The Outstanding Requirement:** ScoreFlippers requested that NGA's new development team provide a precise technical data layout, including required column names and structural references, to streamline this process. To date, NGA has provided no such documentation, nor have they approved the out-of-scope development costs. ScoreFlippers cannot execute a data export without these technical specifications and a funded work order.

Any separation or wind-down agreement must definitively address, at a minimum:

- **Tool Deactivation:** A fixed technical timeline for deactivating league-level membership tools.
- **Public Narrative:** A strict, mutual non-disparagement clause requiring accurate, professional public statements, alongside an immediate cessation of harmful or defamatory communication from NGA leadership.
- **Damages:** A finalized resolution regarding contractual damages incurred by ScoreFlippers due to early termination and revenue loss without proper notice.

Please note that this letter does not constitute a formal settlement offer, nor does it bind ScoreFlippers to specific terms. It serves solely to outline the necessary scope of any upcoming agreement to negotiations.

ScoreFlippers has acted in good faith throughout the duration of this partnership, dedicating significant engineering capital and operational support to NGA. We remain committed to serving our users and NGA members, regardless of a service agreement, with the utmost respect. We expect the same professional standard from NGA leadership.

We require a formal, written response to the terms outlined above no later than **5:00 PM EST on July 10, 2026**. All correspondence must be maintained on this email thread to ensure an accurate written record.

Sincerely,

--
Thank you,

**Teagan Frame**

Director of Product & Customer Experience

ScoreFlippers, LLC

ScoreFlippers
GYMNASTICS MADE SIMPLE

Emailed to Teagan, Justin & Kristin on July 9th

6063 W 400 N * Greenfield, IN 46140 * 317-794-0642

# Exhibit I

July 7, 2026

Kristin and Justin Bickler
ScoreFlippers
313 3rd Avenue NE
Austin, MN 55912

Dear Kristin and Justin,

Your communication contains several factual misstatements and incorrect assertions of law. I want to start by correcting those inaccuracies and then propose a potential path forward.

First, your decision to set-off monies that you believe you were owed by unilaterally withholding over $170,000 in customer registration payments without our consent was a material breach of our agreement. In your July 3, 2026 e-mail, you admit in writing to having done so intentionally. Your action constitutes conversion. There is no provision of our agreement that gives you such a "self-help" remedy, you were never appointed a trustee over any registrant funds, and there is no other applicable law that would permit you to take this action without our consent. We have notified you multiple times that this was unacceptable and needed to be immediately corrected. You failed to do so. Your action and your failure to correct that action is a material breach of our agreement and a clear violation of our contractual relationship. You failed to cure this breach, and therefore as matter of law, our agreement was terminated by your failure. The fact that it was done intentionally likely subjects you to even greater liability, including at the very least, statutory interest accruing from the dates you improperly withheld these funds and our costs of recovery, including attorneys' fees.

Second, you have been aware for some time, including most recently in my June 1, 2026 e-mail, that we want to transition our customer data to a new provider. Our customer data is our property and you act merely as a custodian of that property. Your refusal to timely transfer that data in a format that can be readily used by a successor in time for our upcoming competition season is likely to result in damages for which you would be liable. This also constitutes another form of conversion.

Finally, we have not contested and do not contest that you are owed for services provided to date. You should provide a full and complete accounting for those services and you will be paid forthwith. You are not, however, entitled to penalties for early termination. Your decision to assert such penalties and commingle your demands for those penalties and other damages with payment for actual services is improper.

We have strong and valid legal claims and are prepared to assert them if necessary, including seeking all remedies associated with your improper conversion of our customer funds and proprietary customer information. We are nonetheless hopeful that cooler heads with prevail and that can all be avoided.

For that to happen,

1. You must transfer all improperly sequestered customer registration funds in your possession to our bank account immediately;

2. You should provide us with a clear, detailed accounting, separate from any improper claims for legal damages and/or penalties, of all unpaid services and we will pay all uncontested amounts;
3. You should transfer all customer information available without any additional cost, including all columns of member information, in an excel or csv format by July 15th to avoid becoming liable for additional damages associated with the delay;
4. You should provide a detailed accounting of all costs associated with the data transfer and we will provide timely payment of all uncontested amounts.
5. You should immediately stop taking NGA registrations of any kind and remove anything NGA related from your website. NGA will not pay any fees associated with these registrations.

Thank you for your prompt attention to this matter.

Best Regards,

Linda Barclay

Linda Barclay
President
National Gymnastics Association
PO Box 29078
Indianapolis, IN 46229
317-654-0845